OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S DEPARTMENT, WAYNE WOO JEFF SWEARINGEN, and DAVID KEENAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGELBRECHT, B<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; WAYNE WOO, as an Individual and in his official capacity; PLACER COUNTY SUPERIOR COURT JUDGE SUZANNE GAZZANIGA; PLACER COUNTY'S AUBURN JAIL CORRECTIONS MANAGER CAPTAIN JEFF SWEARINGEN, PLACER COUNTY PRE-TRIAL PROBATION SUPERVISOR DAVID KEENAN and DOES 1 through 100, in their individual and official capacities.<br><br>              Defendants. | Case No.  2:23-cv-00286-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS PLACER COUNTY SHERIFF'S DEPARTMENT, WAYNE WOO, JEFF SWEARINGEN, AND DAVID KEENAN'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:        John A. Mendez<br>Courtroom:   6, 14th Floor |

   Pursuant to Eastern District Local Rule 144(a), the parties request that the Court approve the following stipulation to extend the time for Defendants Placer County Sheriff's Department, Wayne Woo, Jeff Swearingen, and David Keenan's (the "County Defendants") time to respond to the

///

---

1

JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

complaint is extended by ten (10) days from April 7, 2023 to April 17, 2023. This stipulation and request are based on the following:

1. The County Defendants' original time to respond to the Complaint was March 10, 2023.

2. In order to provide additional time for the parties to meet and confer over the County Defendants' anticipated Motion to Dismiss, the parties stipulated to a 28-day extension of time for the County Defendants to Respond to the Complaint. ECF 10. Based on ECF 10, the County Defendants must file and serve their responsive pleadings by April 7, 2023.

3. Based on the meet and confer efforts of both parties, Plaintiff has agreed to file an amended complaint. Plaintiff anticipates filing the amended complaint by April 10, 2023.

4. To ensure that County Defendant's do not waive any rights to challenge the current Complaint or affirmative defenses, the parties have stipulated to extend County Defendants' time to file a responsive pleading to the Complaint until April 17, 2023 to allow Plaintiff the necessary time to file the amended complaint.

Dated: March 30, 2023                OFFICE OF THE PLACER COUNTY COUNSEL

By: */s/ Gregory Warner*
Gregory Warner, Attorney for Defendants
COUNTY OF PLACER, DAVID KEENAN,
PLACER COUNTY SHERIFF'S DEPARTMENT,
JEFF SWEARINGEN, and WAYNE WOO

Dated: March 30, 2023                BONES LAW FIRM

By: */s/ Gordon G. Bones*
Gordon G. Bones, Attorney for Plaintiff
B. ENGELBRECHT

OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: gwarner@placer.ca.gov

Attorney for Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S DEPARTMENT, WAYNE WOO JEFF SWEARINGEN, and DAVID KEENAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGELBRECHT, B<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; WAYNE WOO, as an Individual and in his official capacity; PLACER COUNTY SUPERIOR COURT JUDGE SUZANNE GAZZANIGA; PLACER COUNTY'S AUBURN JAIL CORRECTIONS MANAGER CAPTAIN JEFF SWEARINGEN, PLACER COUNTY PRE-TRIAL PROBATION SUPERVISOR DAVID KEENAN and DOES 1 through 100, in their individual and official capacities.<br><br>Defendants. | Case No. 2:23-cv-00286-JAM-CKD<br><br>**ORDER TO EXTEND DEFENDANT PLACER COUNTY SHERIFF'S DEPARTMENT, WAYNE WOO, JEFF SWEARINGEN, AND DAVID KEENAN'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:      John A. Mendez<br>Courtroom:  6, 14th Floor |

Upon consideration of Plaintiff and the County Defendants' Stipulation and Proposed Order to Extend the Time for the County Defendants to Respond to the Complaint, and finding good cause therefor, the Court hereby **EXTENDS** the time the County Defendants' time to respond to the Complaint from April 7, 2023 to **April 17, 2023**.

**IT IS SO ORDERED.**

Dated: March 30, 2023                               /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     SENIOR UNITED STATES DISTRICT JUDGE